IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00483-WYD-KMT

CHRISTIAN AUBIN ROBINSON,

    Plaintiff,

v.

OFFICER JEAN KEITA;
DEPUTY JOSEPH ARMIJO;
DEPUTY JESSICA JAQUEZ;
DEPUTY JASON CRUZ; and
THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    This matter is before the Court on a review of the file.  I first note that the same arguments for dismissal of the second claim for relief asserted against Deputies Jaquez, Cruz and Armijo were made in the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) by Defendants/ Deputies Armijo, Jaquez and Cruz filed on February 12, 2013, and in Defendants' Motion for Summary Judgment filed on March 26, 2013.  Both motions argue that the Deputies are entitled to qualified immunity on the claim.  I prefer to decide the issue on the evidence in connection with the summary judgment motion. Accordingly, the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) by Defendants/ Deputies Armijo, Jaquez and Cruz (ECF No. 45) is **DENIED AS MOOT**.  The arguments made therein will be considered in connection with the summary judgment motion.

    Also, "Defendants' Motion to Strike Plaintiff's Surreply Brief [Doc. 74]" filed July 5, 2013 (ECF No. 75) is **DENIED**.  Plaintiff's Motion to Supplement Response Brief With a Recently Discovered Exhibit filed July 18, 2013 (ECF No. 77) is **GRANTED**.

    Finally, in light of the filing of the Final Pretrial Order, this case is ready to be set for trial.  Accordingly, the parties shall jointly contact my Chambers at (303) 844-2170 to obtain a trial setting.

    Dated:  August 27, 2013.