# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  March 12, 2014 |
| E.C.R./Reporter:   Tracy Weir | |

| | |
|---|---|
| Civil Action No: **12-cv-00483-WYD-KMT** | Counsel: |
| **CHRISTIAN AUBIN ROBINSON**, | Raymond K. Bryant |
| Plaintiff, | |
| v. | |
| **THE CITY AND COUNTY OF DENVER, et al.**, | Stuart L. Shapiro<br>Cristina Peña Helm |
| Defendants. | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**10:07 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant's Motion for Partial Reconsideration of Order or, in the Alternative, to Certify for Immediate Interlocutory Appeal Under 28 U.S.C. § 1292(b) [ECF Doc. No. 95], filed February 25, 2014, is raised for argument.

10:09 a.m.   Argument by Defendants (Mr. Shapiro).

10:30 a.m.   Argument by Plaintiff (Mr. Bryant).

**10:56 a.m.**   Court in Recess

**11:03 a.m.**     Court in Session

11:04 a.m.     Argument by Defendants (Mr. Shapiro).

**ORDERED:**     Defendant's Motion for Partial Reconsideration of Order or, in the Alternative, to Certify for Immediate Interlocutory Appeal Under 28 U.S.C. § 1292(b) [ECF Doc. No. 95], filed February 25, 2014, is **DEFERRED.**

**ORDERED:**     Plaintiff shall file sur-reply to Defendant's Motion for Partial Reconsideration of Order or, in the Alternative, to Certify for Immediate Interlocutory Appeal Under 28 U.S.C. § 1292(b) [ECF Doc. No. 95], filed February 25, 2014, on or before **Wednesday, March 26, 2014.**

**ORDERED:**     5-day jury trial set to commence on Monday, March 24, 2014, at 9:00 a.m. is **VACATED.**

**ORDERED:**     Defendants' Proposed Jury Instructions [ECF Doc. No. 93], filed February 20, 2014, are **WITHDRAWN.**

**ORDERED:**     Plaintiff's proposed jury instructions, which were submitted to chambers, are treated as **WITHDRAWN.**

**11:17 a.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:03**