IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00483-WYD-KMT

CHRISTIAN AUBIN ROBINSON,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Conditional Notice of Settlement and Unopposed Motion to Vacate Upcoming Final Pretrial Conference and Jury Trial Dates (ECF No. 126) filed December 22, 2014 is **GRANTED**.  The Final Trial Preparation Conference set on **Tuesday, January 6, 2015,** and the five-day jury trial set to commence on **Monday, January 12, 2015**, are **VACATED**.

    On or before **Friday, January 16, 2015**, the parties shall file dismissal papers or a status report regarding the settlement.

    Dated:  December 22, 2014