IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00483-WYD-KMT

CHRISTIAN AUBIN ROBINSON,

     Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

     Defendant.

---

### ORDER OF DISMISSAL

---

     THIS MATTER is before the Court on the parties' Stipulation for Dismissal With
Prejudice filed March 5, 2015.  After a careful review of the Stipulation and the file, it is

     ORDERED that the Stipulation for Dismissal With Prejudice is **APPROVED** and
this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and
attorney fees.

     Dated:  March 5, 2015

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge